FENTON E. MacCALLUM, Respondent, *v.* FRED BEAL et al., Defendants, and REAL SILK HOSIERY MILLS, INC., Defendant-Appellant.

Argued April 5, 1944; decided May 18, 1944.

*P. Sidney Hand* for appellant.

*Leonard H. Amdursky, Robert G. Iles* and *William K. Bentley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. Taking no part: RIPPEY and DESMOND, JJ.